N° 4                    In the Supreme Court

*James Peltier* ⎫
*vs* ⎬
*James & Francis Lasselle* ⎭

filed 8th June 1808.

Be it remembered that at La Riviére aux Raisins, in the district of Erie, in the Territory of Michigan, on Monday the sixth day of June one thousand eight hundred eight, personally appeared before me the undersigned, one of the judges in and over the Territory of Michigan, François Navarre, Jean Bâtiste Lasselle, and Jean Bâtiste Couteur, of the district of Erie, and Territory of Michigan, gentlemen, who severally undertook that whereas James Pelletier has instituted an action against James and Francis Lasselle in the Supreme Court of the Territory of Michigan, in debt, for four hundred eighty dollars sixty three cents, that they the said James and Francis Lasselle shall satisfy and pay the condemnation of the court in the action aforesaid, or render their bodies in execution for the same, or that they, the said François Navarre, Jean Bâtiste Lasselle, and Jean Bâtiste Couteur, each of them, will do it for them the said James and Francis Lasselle. In witness whereof I have hereto subscribed my name this sixth day of June one thousand eight hundred eight; and the said François Navarre, Jean Bâtiste Lasselle, and Jean Bâtiste Couteur, have severally countersigned the same

FR<sup>S</sup> NAVARRE                    AUGUSTUS B. WOODWARD.
J<sup>N</sup> BAP<sup>T</sup> LASSELLE                    one of the Judges in and
JEAN BT COUTEU                    over the territory of Michigan.

[In the handwriting of Augustus B. Woodward]